# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00137-MR

| | |
|---|---|
| **JULIUS LAMART HODGES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **ANDY MASSEY, et al.,** ) | **ORDER** |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the "Notice of Prison Refusal to Deliver Thumb Drive to Plaintiff Containing Defendants' Summary Judgment Evidence" filed by Defendants Andy Massey, Zeff Childress, Michele Hoyle, and Rob Martin [Doc. 35].

The *pro se* incarcerated Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983. Defendants Massey, Childress, Hoyle, and Martin filed a Motion for Summary Judgment on June 12, 2020. [Doc. 27]. Plaintiff's response to the Motion for Summary Judgment is due on July 17, 2020. [See Doc. 30]. These Defendants filed the instant Notice on June 30, 2020, informing the Court that an envelope containing a thumb drive with the video evidence in support of their Motion for Summary Judgment was returned with

notations "Refused," "RTS [return to sender]" and "Thumb drives not allowed in facility." [Doc. 35 at 1, 5].

**IT IS, THEREFORE, ORDERED** that, no later than **July 15, 2020**, counsel for Defendants Massey, Childress, Hoyle, and Martin shall make arrangements with the detention facility where Plaintiff resides in order to afford Plaintiff the opportunity to view the video evidence contained on the thumb drive. Defendants' counsel thereafter shall file a report with the Court advising of his compliance with this Order.

**IT IS SO ORDERED.**

Signed: July 7, 2020

Martin Reidinger
Chief United States District Judge