IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00137-MR

| | |
|---|---|
| JULIUS LAMART HODGES, ) | |
| Plaintiff, ) | |
| vs. ) | |
| ANDY MASSEY, et al., ) | **ORDER** |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Defendant's Request for a Judicial Settlement Conference [Doc. 47] and the Plaintiff's Response to Request for Judicial Settlement Conference [Doc. 48].

The incarcerated Plaintiff filed this civil rights action *pro se* pursuant to 42 U.S.C. § 1983. A jury trial is scheduled for the term beginning on September 13, 2021. [Doc. 46].

On January 6, 2021, the Court directed the parties to advise the Court, within 14 days, whether they are requesting a judicial settlement conference in this matter. [Doc. 46]. The parties have now requested a judicial settlement conference. [Docs. 47, 48].

The parties' requests for a judicial settlement conference will be granted. This case will be referred to Magistrate Judge W. Carleton Metcalf

for a judicial settlement conference that will be scheduled by the Clerk of Court.

**IT IS, THEREFORE, ORDERED** that the parties' request for a judicial settlement conference is **GRANTED**. The Clerk is instructed to refer this matter to Magistrate Judge W. Carleton Metcalf and schedule a judicial settlement conference.

**IT IS SO ORDERED**.

Signed: February 5, 2021

Martin Reidinger
Chief United States District Judge